UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

LOUIS DiCESARE, II.
    Plaintiff,

v.                                      Civil Number 3:15cv01703 (VAB)

TOWN OF STONINGTON, BARBARA J. McKRELL, and VINCENT A. PACILEO
    Defendants.

## JUDGMENT

This matter having come on for consideration of the defendants' motion for summary judgment doc.#70, before the Honorable Victor A. Bolden, United States District Judge; and the Court having considered the full record of the case including applicable principles of law and granted the defendants' motion doc. 52. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment enter in favor of the defendants, Town of Stonington, Barbara J. McKrell and Vincent A. Pacileo and the case is closed. The Court also declines to take supplemental jurisdiction over Mr. DiCesare's remaining state law claims and therefore remands the case back to Connecticut Superior Court.

Dated at Bridgeport, Connecticut this 17th day of December, 2018.

                                                  ROBIN D. TABORA, Clerk

                                                  By:/s/ Jazmin Perez
                                                  Jazmin Perez
                                                  Deputy Clerk

EOD:   12/17/2018