UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LOUIS DICESARE, II                  :
                                    :
          Plaintiff,                :
                                    :   CIVIL ACTION NO:  3:15-CV-01703(VAB)
     v.                             :
                                    :
TOWN OF STONINGTON, and             :
BARBARA J. MCKRELL, in her          :   JANUARY 11, 2019
individual and official capacity,   :
                                    :
          Defendants.               :

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, Louis Dicesare, II, appeals the following orders

of the United States District Court to the United States Court of Appeals for the Second Circuit:

    (1)  December 13, 2018 ruling and order on Motion for Summary Judgment (Doc. 102);

    (2)  December 13, 2018 ruling on Plaintiff's Motion to Compel (Doc. 103);

    (3)  December 13, 2018 ruling on Plaintiff's Motion to Amend/Correct (Doc. 103); and

    (4)  December 17, 2018 Judgment (Doc. 104).

PLAINTIFF

By: ___/s/___ ct23970_____
Kristi D. Kelly
Bryan P. Fiengo
Suisman, Shapiro, Wool, Brennan,
Gray & Greenberg, P.C.
2 Union Plaza, Suite 200, P.O. Box 1591
New London, CT 06320
Tel. (860) 442-4416
Fax (860) 442-0495
Email:  kkelly@sswbgg.com

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.  THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320    TEL. (860) 442-4416    JURIS NO. 62114

## CERTIFICATION

This is to certify that on the 11th day of January, 2019 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.


John G. Dolan
Gary Kaisen
Milano & Wanat LLC
471 East Main Street
Branford, CT 06405



                                                    /s/      ct23970
                                                  Kristi D. Kelly



{!01727346.DOCX; v.} 2

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.  THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320    TEL. (860) 442-4416    JURIS NO. 62114